

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

November 3, 2023

**VIA ECF ONLY**

The Honorable Judge Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Starr Indemnity & Liability Company v. Maersk A/S et al*
Case No. 1:23-cv-09177 (PAC)

Dear Judge Crotty:

We represent Plaintiff Starr Indemnity & Liability Company in the captioned action.

On October 24, 2023, we received a notification of a deficient Civil Cover Sheet (Dkt. No. 2). According to the SDNY Civil Case Openings Unit, the deficiency was due to our having identified Case Number 1:21-cv-08048 (AKH) as related on the Civil Cover Sheet, but that case is marked closed. The SDNY Civil Case Openings Unit thus instructed us to re-file the Civil Cover Sheet with reference to Case Number 1:21-cv-08048 omitted (Dkt. No. 9).

As set forth in the Related Case Statement (Dkt. No. 5), cases involving this same casualty have been administratively consolidated for pre-trial purposes under Master Case Number 1:21-cv-08048 (AKH), before Judge Alvin K. Hellerstein. Although Case Number 1:21-cv-08048 has been marked closed because the first case was dismissed, we understand that new cases are still

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Long Beach, Miami, New Jersey, New York, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

The Honorable Paul A. Crotty
November 3, 2023
Page 2



being assigned thereto if accepted as related and there remain open cases in the consolidated Master Case (e.g. Case Number 1:23-cv-02168 (AKH)). Therefore, we respectfully request that this case be considered for assignment to Case Number 1:21-cv-08048 as a related case. Counsel for Defendant consents to the requested transfer to Judge Hellerstein.

    We thank the Court for its attention to this matter.

    Respectfully,

*/s/ John R. Keough*
John R. Keough
CLYDE & CO US LLP
Attorneys for Plaintiff
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
Tel: (212) 710-3900
john.keough@clydeco.us

cc (by email): Tim Semenoro, attorney for Defendant Maersk A/S