UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STARR INDEMNITY & LIABILITY COMPANY,
a/s/o TARGET CORPORATION,

                                                    Case No. 1:23-cv-09177-AKH

                    Plaintiff,

-against-                                **STIPULATION OF**
                                                    **VOLUNTARY DISMISSAL**

MAERSK A/S, d/b/a Maersk Line, and
M/V MAERSK EINDHOVEN, her engines, tackle,
boilers, etc., *in rem*,

                    Defendants.
------------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL

      Plaintiff, Starr Indemnity & Liability Company, a/s/o Target Corporation, by and through undersigned counsel, pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses its claims against MAERSK A/S, d/b/a Maersk Line, and M/V MAERSK EINDHOVEN, her engines, tackle, boilers, etc., *in rem*, in the captioned action, with prejudice and without costs or attorney's fees to any party.

      Dated: New York, New York
              October 9, 2024

                                                  **CLYDE & CO US LLP**
                                                  *Attorneys for Plaintiff*

                                                  By: /s/ John R. Keough____
                                                  John R. Keough
                                                  The Chrysler Building
                                                  405 Lexington Avenue, 16th Floor
                                                  New York, New York 10174
                                                  (212) 710-3900
                                                  john.keough@clydeco.us