UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STARR INDEMNITY & LIABILITY COMPANY,
a/s/o TARGET CORPORATION,

                Case No. 1:23-cv-09177-AKH

                Plaintiff,

-against-                **NOTICE OF VOLUNTARY DISMISSAL**

MAERSK A/S, d/b/a Maersk Line, and
M/V MAERSK EINDHOVEN, her engines, tackle,
boilers, etc., *in rem*,

                Defendants.
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Starr Indemnity & Liability Company, a/s/o Target Corporation, by and through undersigned counsel, pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses its claims against MAERSK A/S, d/b/a Maersk Line, and M/V MAERSK EINDHOVEN, her engines, tackle, boilers, etc., *in rem*, in the captioned action, with prejudice and without costs or attorney's fees to any party.

    Dated: New York, New York
           October 10, 2024

                                    **CLYDE & CO US LLP**
                                    *Attorneys for Plaintiff*

                                    By: /s/ John R. Keough____
                                    John R. Keough
                                    The Chrysler Building
                                    405 Lexington Avenue, 16th Floor
                                    New York, New York 10174
                                    (212) 710-3900
                                    john.keough@clydeco.us